**DENIED and Opinion Filed February 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00019-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00604-2**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Reichek
Opinion by Justice Reichek

Before the Court is relator's January 7, 2019 petition writ of mandamus in which relator asks this Court to direct the trial court to set a hearing on relator's February 17, 2017 application for heirship. On January 24, 2019, the trial court issued a notice of hearing setting the application and other matters for telephonic hearing on March 11, 2019 at 1:45 p.m. Relator has received the relief requested in his petition. Accordingly, we deny as moot relator's petition for writ of mandamus.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190019F.P05